## STATE *v.* JOHN HENRY BRUNSON.

(Filed 5 June, 1947.)

APPEAL by defendant from *Rousseau, J.,* at November Term, 1946, of FORSYTH.

Criminal prosecution on warrant charging the defendant, a man over eighteen years of age, with assault upon a female, tried originally in the Municipal Court of the City of Winston-Salem and again *de novo* on appeal to the Superior Court of Forsyth County.

STATE *v.* KING.

Verdict: Guilty.

Judgment: Fifteen months on the roads.

The defendant appeals, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Bruton, Rhodes, and Moody for the State.*

*William Reid Dalton for defendant.*

PER CURIAM. The exceptions relied on here are the same as those presented in the case of *S. v. Koritz, et al., ante,* 552, herewith decided, and are controlled by the rulings in that case.

No error.